UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel: (973) 696-8391
Counsel for the Debtors

In Re:

Robert J. Bracchita
Nancy Bracchita

Debtors.

Order Filed on August 2, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-26375
Chapter: 13
Judge: RG

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 2, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____10/21/2016_____ :

Property: ___81 Valley Road, Lincoln Park, New Jersey 07035___

Creditor: ___Specialized Loan Servicing, LLC.___

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtors_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____10/20/2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:
Robert J Bracchitta
Nancy Bracchitta
    Debtors

Case No. 16-26375-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 02, 2017
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2017.
db/jdb        +Robert J Bracchitta,   Nancy Bracchitta,   81 Valley Road,   Lincoln Park, NJ 07035-2532

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2017                                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2017 at the address(es) listed below:
          Christopher J. Balala   on behalf of Joint Debtor Nancy  Bracchitta cbalala@scuramealey.com,
     ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
          Christopher J. Balala   on behalf of Debtor Robert J Bracchitta cbalala@scuramealey.com,
     ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
          David L. Stevens   on behalf of Joint Debtor Nancy  Bracchitta dstevens@scuramealey.com,
     cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
          David L. Stevens   on behalf of Debtor Robert J Bracchitta dstevens@scuramealey.com,
     cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
          Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
     bkgroup@kmllawgroup.com
          Francesca Ann Arcure   on behalf of Creditor   Specialized Loan Servicing LLC, as servicing agent
     for U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust
     2006- HE4 nj_ecf_notices@buckleymadole.com
          Francesca Ann Arcure   on behalf of Creditor   Specialized Loan Servicing LLC, as servicing agent
     for U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust
     2006- HE4 with respect to its interest in the property d nj_ecf_notices@buckleymadole.com
          James Patrick Shay   on behalf of Creditor   WELLS FARGO BANK, N.A. james.shay@phelanhallinan.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Michael Frederick Dingerdissen   on behalf of Creditor   WELLS FARGO BANK, N.A.
     nj.bkecf@fedphe.com
          Nicholas V. Rogers   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
                                                                                                                                                                               TOTAL: 11