UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1599 HAMBURG TURNPIKE
WAYNE, NEW JERSEY 07470
TELEPHONE: 973-696-8391
CHRISTOPHER J. BALALA, ESQ. (ATTORNEY ID 030732010)
COUNSEL FOR THE DEBTORS

Order Filed on August 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Robert J. Bracchitta
Nancy Bracchitta,

            Debtors.

Chapter 13

Case NO.  16-26375

Hon. Rosemary Gambardella

**ORDER AUTHORIZING THE DEBTORS TO ENTER INTO A LOAN
MODIFICATION AGREEMENT**

The relief set forth on the following pages, numbered two, is hereby **ORDERED**.

**DATED: August 23, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtors: Robert & Nancy Bracchita
Case No.: 16-26375 (RG)

Caption of Order: **Order Authorizing Debtors to Enter Into Loan Modification Agreement**

Page 2 of 2

  THIS MATTER, having been brought to the Court on the motion of the Debtors, Robert J. Bracchitta & Nancy Bracchitta (the "Debtors"), by and through their counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, seeking an Order authorizing the Debtors to enter into the Loan Modification Agreement with the Secured Creditor, Wells Fargo Home Mortgage, concerning the mortgage loan encumbering the Debtors' primary residence at 81 Valley Road, Lincoln Park, New Jersey 07035 (the "Motion"); and the Court having considered the certification of counsel filed in support of the Motion (the "Certification") with its exhibit and the arguments of counsel; and due notice having been given; and for good cause shown:

  **IT IS ORDERED** that Wells Fargo Home Mortgage and the Debtors are hereby authorized to enter into a loan modification; and it is further;

  **ORDERED** that Wells Fargo Home Mortgage, solely in its capacity as servicer, shall deliver to the Debtors a fully executed copy of the Loan Modification Agreement pursuant to the proposed terms set forth in the exhibit attached to the Certification (the "Exhibit") within thirty (30) days of the date upon which this Order is entered; and it is further;

  **ORDERED** that should Wells Fargo Home Mortgage, solely in its capacity as servicer, fail to provide the Debtors with a fully executed copy of the Loan Modification Agreement within thirty (30) days of the entry of this Order, this Order shall take effect as the Loan Modification Agreement between the parties, and shall continue to the maturity of the note and mortgage as extended pursuant to the terms set forth in the Exhibit attached to the Certification.

  **ORDERED**, that the Debtors shall file an amended Plan and Schedule J within 14 days of the entry of this order.