UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1599 HAMBURG TURNPIKE
WAYNE, NEW JERSEY 07470
TELEPHONE: 973-696-8391
CHRISTOPHER J. BALALA, ESQ. (ATTORNEY ID 030732010)
COUNSEL FOR THE DEBTORS

Order Filed on August 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Robert J. Bracchitta
Nancy Bracchitta,

    Debtors.

Chapter 13

Case NO. 16-26375

Hon. Rosemary Gambardella

**ORDER AUTHORIZING THE DEBTORS TO ENTER INTO A LOAN
MODIFICATION AGREEMENT**

The relief set forth on the following pages, numbered two, is hereby **ORDERED**.

**DATED: August 23, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtors: Robert & Nancy Bracchita
Case No.: 16-26375 (RG)

Caption of Order:  **Order Authorizing Debtors to Enter Into Loan Modification Agreement**

Page 2 of 2

THIS MATTER, having been brought to the Court on the motion of the Debtors, Robert J. Bracchitta & Nancy Bracchitta (the "Debtors"), by and through their counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, seeking an Order authorizing the Debtors to enter into the Loan Modification Agreement with the Secured Creditor, Wells Fargo Home Mortgage, concerning the mortgage loan encumbering the Debtors' primary residence at 81 Valley Road, Lincoln Park, New Jersey 07035 (the "Motion"); and the Court having considered the certification of counsel filed in support of the Motion (the "Certification") with its exhibit and the arguments of counsel; and due notice having been given; and for good cause shown:

**IT IS ORDERED** that Wells Fargo Home Mortgage and the Debtors are hereby authorized to enter into a loan modification; and it is further;

**ORDERED** that Wells Fargo Home Mortgage, solely in its capacity as servicer, shall deliver to the Debtors a fully executed copy of the Loan Modification Agreement pursuant to the proposed terms set forth in the exhibit attached to the Certification (the "Exhibit") within thirty (30) days of the date upon which this Order is entered; and it is further;

**ORDERED** that should Wells Fargo Home Mortgage, solely in its capacity as servicer, fail to provide the Debtors with a fully executed copy of the Loan Modification Agreement within thirty (30) days of the entry of this Order, this Order shall take effect as the Loan Modification Agreement between the parties, and shall continue to the maturity of the note and mortgage as extended pursuant to the terms set forth in the Exhibit attached to the Certification.

**ORDERED**, that the Debtors shall file an amended Plan and Schedule J within 14 days of the entry of this order.

United States Bankruptcy Court
District of New Jersey

In re:  
Robert J Bracchitta  
Nancy Bracchitta  
    Debtors

Case No. 16-26375-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 24, 2017  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2017.  
db/jdb       +Robert J Bracchitta,    Nancy Bracchitta,    81 Valley Road,    Lincoln Park, NJ 07035-2532

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2017 at the address(es) listed below:

         Christopher J. Balala    on behalf of Joint Debtor Nancy  Bracchitta cbalala@scuramealey.com,  
    ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com  
         Christopher J. Balala    on behalf of Debtor Robert J Bracchitta cbalala@scuramealey.com,  
    ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com  
         David L. Stevens    on behalf of Joint Debtor Nancy  Bracchitta dstevens@scuramealey.com,  
    cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale  
    y.com  
         David L. Stevens    on behalf of Debtor Robert J Bracchitta dstevens@scuramealey.com,  
    cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale  
    y.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,  
    bkgroup@kmllawgroup.com  
         Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent  
    for U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust  
    2006- HE4 nj_ecf_notices@buckleymadole.com  
         Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent  
    for U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust  
    2006- HE4 with respect to its interest in the property d nj_ecf_notices@buckleymadole.com  
         James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, N.A. james.shay@phelanhallinan.com  
         Marie-Ann  Greenberg    magecf@magtrustee.com  
         Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, N.A.  
    nj.bkecf@fedphe.com  
         Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
                                                                                                  TOTAL: 11