UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel: (973) 696-8391
Counsel for the Debtors

Order Filed on November 1, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Robert J. Bracchita
Nancy Bracchita

Debtors.

Case No.:      16-26375

Chapter:      13

Judge:      RG

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 1, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____10/21/2016_____ :

Property:     81 Valley Road, Lincoln Park, New Jersey 07035

Creditor:     Specialized Loan Servicing, LLC.

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtors_____ , and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____01/20/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2