Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.: 16−26375−RG
           Chapter: 13
           Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Robert J Bracchitta                                   Nancy Bracchitta
   aka Robert Bracehitta                             81 Valley Road
   81 Valley Road                                      Lincoln Park, NJ 07035
   Lincoln Park, NJ 07035

Social Security No.:
   xxx−xx−0063                                          xxx−xx−9586

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/18/18 at 09:00 AM

to consider and act upon the following:

*97* − Certification in Opposition to Trustee's Certification of Default (related document:94 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 6/5/2018. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by David L. Stevens on behalf of Nancy Bracchitta, Robert J Bracchitta. (Stevens, David)

Dated: 6/5/18

                                                          Jeanne Naughton
                                                         Clerk, U.S. Bankruptcy Court