UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Lease Trust

In Re:

    Bracchitta, Nancy

    Bracchitta, Robert J. aka Robert Bracehitta

Order Filed on July 2, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    16-26375 RG

Chapter: 13

Hearing Date: June 20, 2018
Judge: Rosemary Gambardella

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: July 2, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Toyota Lease Trust</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property More Fully Described as:

■    Personal Property More Fully Describes as:

**2015 TOYOTA RAV4, VIN: 2T3BFREV5FW325084**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Robert J Bracchitta  
Nancy Bracchitta  
       Debtors

Case No. 16-26375-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Jul 02, 2018  
                      Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2018.  
db/jdb        +Robert J Bracchitta,   Nancy Bracchitta,   81 Valley Road,   Lincoln Park, NJ 07035-2532

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2018 at the address(es) listed below:  
          Andrew L. Spivack   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
          David L. Stevens   on behalf of Joint Debtor Nancy  Bracchitta dstevens@scuramealey.com,  
          ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com  
          David L. Stevens   on behalf of Debtor Robert J Bracchitta dstevens@scuramealey.com,  
          ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com  
          Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
          Francesca Ann Arcure   on behalf of Creditor   Specialized Loan Servicing LLC, as servicing agent for U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust 2006- HE4 NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com  
          Francesca Ann Arcure   on behalf of Creditor   Specialized Loan Servicing LLC, as servicing agent for U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust 2006- HE4 with respect to its interest in the property d NJ_ECF_Notices@McCalla.com,  
          NJ_ECF_Notices@McCalla.com  
          Marie-Ann Greenberg   magecf@magtrustee.com  
          Melissa N. Licker   on behalf of Creditor   Specialized Loan Servicing, LLC NJ_ECF_Notices@McCalla.com  
          Nicholas V. Rogers   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
                                                                                                  TOTAL: 9