Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 16−26375−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robert J Bracchitta | Nancy Bracchitta |
| aka Robert Bracehitta | 81 Valley Road |
| 81 Valley Road | Lincoln Park, NJ 07035 |
| Lincoln Park, NJ 07035 | |

Social Security No.:
  xxx−xx−0063                         xxx−xx−9586

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:     8/14/18
Time:     10:00 AM
Location:     Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens, Debtor's Attorney

COMMISSION OR FEES
period: 6/28/2017 to 7/16/2018, fee: $1,972.50,

EXPENSES
$12.00

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: July 24, 2018
JAN:

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 16-26375-RG
Robert J Bracchitta                                                 Chapter 13
Nancy Bracchitta
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jul 24, 2018
                              Form ID: 137             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2018.
```
db/jdb      +Robert J Bracchitta,    Nancy Bracchitta,    81 Valley Road,    Lincoln Park, NJ 07035-2532
aty         +James Patrick Shay,    Phelan Hallinan Diamond Jones, LLP,    1617 JFK Blvd.,    One Penn Center,
              Suite #1400,    Philadelphia, PA 19103-1814
cr          +Specialized Loan Servicing LLC, as servicing agent,     P. O. Box 9013,    Addison, TX 75001-9013
cr          +Specialized Loan Servicing LLC, as servicing agent,     C/O Buckley Madole, P.C.,
              99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr          +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
              Mt. Laurel, NJ 08054-3437
516388095   +ACAR Leasing LTD d/b/a,    GM Financial Leasing,    PO BOX 183853,    Arlington, TX 76096-3853
516497637    Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516358886   +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
516358892    Gm Financial,    Po Box 1181145,    Arlington, TX 76096
516358894   +Specialized Loan Servicing,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
516358898   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Co,     4 Gatehall Dr Ste 350,
              Parsippany, NJ 07054)
516358896   +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
516358897   +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
516512829   +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
              Addison, Texas 75001-9013
516401242   +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516358899   +US Bank,    PO box 068,    Buffalo, NY 14240-0068
516358900   ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,     3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgage,     8480 Stagecoach Circle,
              Frederick, MD 21701)
517108741    WELLS FARGO BANK, N.A.,    DEFAULT DOCUMENT PROCESSING,    MAC#N9286-01Y,
              1000 BLUE GENTIAN ROAD,    EAGAN, MN 55121-7700
516488385    WELLS FARGO BANK, N.A.,    WELLS FARGO BANK, N.A.,    Default Document Processing,
              MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 24 2018 23:31:03      U.S. Attorney,   970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 24 2018 23:30:58     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center, Suite 2100,
              Newark, NJ 07102-5235
516358885    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 24 2018 23:33:38
              Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
516439620    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 24 2018 23:34:57
              Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516480238   +E-mail/Text: bankruptcy@cavps.com Jul 24 2018 23:31:18     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516358887   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 24 2018 23:30:30      Comenity Bank/express,
              Po Box 182789,    Columbus, OH 43218-2789
516358888   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 24 2018 23:30:30      Comenity Bank/nwyrk&co,
              220 W Schrock Rd,    Westerville, OH 43081-2873
516358889   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 24 2018 23:30:30      Comenity Bank/vctrssec,
              Po Box 182789,    Columbus, OH 43218-2789
516371078    E-mail/Text: mrdiscen@discover.com Jul 24 2018 23:29:56     Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516358890   +E-mail/Text: mrdiscen@discover.com Jul 24 2018 23:29:56     Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
516358891   +E-mail/Text: tjaskot@firstjerseycu.com Jul 24 2018 23:31:58      First Jersey Cu,
              1 Corporate Drive,    Wayne, NJ 07470-3106
516358893   +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 24 2018 23:30:00      Kohls/capone,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516502031    E-mail/PDF: resurgentbknotifications@resurgent.com Jul 24 2018 23:33:53
              LVNV Funding, LLC its successors and assigns as,     assignee of Citibank, N.A.,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516581168    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 24 2018 23:45:34
              Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
              Norfolk VA 23541
516475980    E-mail/Text: bnc-quantum@quantum3group.com Jul 24 2018 23:30:49
              Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
516358895   +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2018 23:34:55      Syncb/care Credit,
              C/o Po Box 965036,    Orlando, FL 32896-0001
516578680   +E-mail/Text: bncmail@w-legal.com Jul 24 2018 23:31:14     TD Bank USA, N.A.,
              C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 17
```

```
District/off: 0312-2         User: admin              Page 2 of 2             Date Rcvd: Jul 24, 2018
                             Form ID: 137             Total Noticed: 36
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516715663*     +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2018 at the address(es) listed below:

```
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              David L. Stevens    on behalf of Debtor Robert J Bracchitta dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scurameal
               ey.com
              David L. Stevens    on behalf of Joint Debtor Nancy  Bracchitta dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scurameal
               ey.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust
               2006- HE4 NJ_ECF_Notices@McCalla.com,   NJ_ECF_Notices@McCalla.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust
               2006- HE4 with respect to its interest in the property d NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing, LLC
               NJ_ECF_Notices@McCalla.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
                                                                                         TOTAL: 9
```