**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057   (856)866-0100
Attorney for :  ACAR Leasing LTD, d/b/a GM Financial Leasing
Our File No.:  49160
JM-5630

In Re:

Robert J. Bracchitta
Nancy Bracchitta

**Order Filed on July 19, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.:  16-26375

Hearing Date:  7-17-2019

Judge:  RG

Chapter:  13

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 19, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of _____ACAR Leasing LTD, d/b/a GM Financial Leasing_____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏    Real property more fully described as:

☑    Personal property more fully described as:

> 2016 Chevrolet Silverado
> Vehicle Identification Number
> 1GCVKREC8GZ296799

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:
Robert J Bracchitta
Nancy Bracchitta
    Debtors

Case No. 16-26375-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 22, 2019
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2019.
db/jdb      #+Robert J Bracchitta,    Nancy Bracchitta,    81 Valley Road,    Lincoln Park, NJ 07035-2532

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2019          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2019 at the address(es) listed below:
       Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
       David L. Stevens    on behalf of Joint Debtor Nancy  Bracchitta dstevens@scuramealey.com,
        ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
        scuramealey.com
       David L. Stevens    on behalf of Debtor Robert J Bracchitta dstevens@scuramealey.com,
        ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
        scuramealey.com
       Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
       Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
        for U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust
        2006- HE4 NJ_ECF_Notices@McCalla.com,   NJ_ECF_Notices@McCalla.com
       Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
        for U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust
        2006- HE4 with respect to its interest in the property d NJ_ECF_Notices@McCalla.com,
        NJ_ECF_Notices@McCalla.com
       James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, N.A. jpshay@mdwcg.com,
        jpshay@gmail.com
       John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
        ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
       Marie-Ann Greenberg    magecf@magtrustee.com
       Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing, LLC
        NJ_ECF_Notices@mccalla.com
       Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
                                                                                                                               TOTAL: 11