UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: (973) 696-8391
Fax: (973) 696-8571
Attorneys for Debtor
David L. Stevens, Esq.
dstevens@scura.com

Order Filed on August 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Robert J Bracchitta &
Nancy Bracchitta

Case No.:        16-26375

Chapter:         13

Judge:           RG

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 10, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $ _____420.00_____ for services rendered and expenses in the amount of $_____-0-_____ for a total of $_____420.00_____ .  The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-26375-RG
Robert J Bracchitta                                             Chapter 13
Nancy Bracchitta
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2              User: admin          Page 1 of 1        Date Rcvd: Aug 11, 2020
                                 Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2020.
db/jdb        +Robert J Bracchitta,    Nancy Bracchitta,    84 Grant Ave.,    Pompton Lakes, NJ 07442-1115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2020 at the address(es) listed below:
         Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
         David L. Stevens    on behalf of Creditor    Nancy  Bracchitta dstevens@scura.com,
          ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
          om
         David L. Stevens    on behalf of Debtor Robert J Bracchitta dstevens@scura.com,
          ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
          om
         Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
          for U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust
          2006- HE4 NJ_ECF_Notices@McCalla.com,   NJ_ECF_Notices@McCalla.com
         Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
          for U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust
          2006- HE4 with respect to its interest in the property d NJ_ECF_Notices@McCalla.com,
          NJ_ECF_Notices@McCalla.com
         James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, N.A. shay@bbs-law.com,
          jpshay@gmail.com
         John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
          ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
         Marie-Ann  Greenberg    magecf@magtrustee.com
         Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing, LLC
          NJ_ECF_Notices@mccalla.com,  mccallaecf@ecf.courtdrive.com
         Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
                                                                                    TOTAL: 11